IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| Trustees for PLUMBERS LOCAL NO. 8 HEALTH AND WELFARE FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 06-00073-CV-W-DW |
| L.R. CLOVERLEAF, INC., | ) ) | |
| Defendant. | ) | |

ORDER

Before the court is Plaintiffs' Voluntary Dismissal Without Prejudice. (Doc. 5). Plaintiffs dismiss this matter, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). Accordingly, the Clerk of the Court shall mark this case as CLOSED.

IT IS SO ORDERED

                                                         /s/ DEAN WHIPPLE
                                                           Dean Whipple
                                                   United States District Judge

DATE: April 21, 2006